U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 1 6 2018

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ARLENE TOPHAM | CIVIL ACTION NO. 6:17-cv-00693 |
| VERSUS | JUDGE TRIMBLE |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to (1) evaluate Ronnie Topham's residual functional capacity as of December 31, 2008, and (2) determine whether there were jobs that existed in significant numbers in the national economy that Mr. Topham could have performed

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

while taking the medications that he was taking during the time period between March 17, 2003 and December 31, 2008.

Signed at Alexandria, Louisiana, this 16th day of April, 2018.

                                                _____
                                                JAMES T. TRIMBLE, JR.
                                                UNITED STATES DISTRICT JUDGE